# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PERRY LAMONT WALLACE,               :  No. 77 MM 2017
                                    :
            Petitioner              :
                                    :
                                    :
                                    :
            v.                      :
                                    :
                                    :
                                    :
COURT OF COMMON PLEAS OF            :
MONTGOMERY COUNTY,                  :
PENNSYLVANIA,                       :
                                    :
            Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Petition for Writ of Mandamus and the Application for Immediate Hearing are **DENIED**.